UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-10, <br><br> Defendants. | Civil Action No. 17-cv-466 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Plaintiff answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1) Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

Yes: A&T IP, Inc.

**(2) Any member or owner in a joint venture or limited liability corporation (LLC)?**

No.

**(3) Any partners in a partnership or limited liability partnership (LLP)**

No

**(4) Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 22nd day of March, 2017.

    s/David A. Lowe, WSBA No. 24,453
    Lowe@LoweGrahamJones.com
    LOWE GRAHAM JONES^PLLC
    701 Fifth Avenue, Suite 4800
    Seattle, WA 98104
    T: 206.381.3300

    Attorneys for Plaintiff

CORPORATE DISCLOSURE
Civil Action No. 17-cv-466
INIP-6-0079P01 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301