UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

SIMON POULSON, *et al.*,

    Defendants.

Case No. C17-0466RSL

ORDER PERMITTING SERVICE BY MAIL

This matter comes before the Court on plaintiff's "Renewed Motion to Permit Alternative Mail Service or for Additional Time to Attempt Process Service." Dkt. # 25. Federal Rule of Procedure 4(e)(1) allows plaintiff to effect service "pursuant to the law of the state in which the district is located." Washington law authorizes service by mail upon a showing that (a) defendant has made reasonably diligent efforts at personal service (<u>Rodriguez v. James-Jackson,</u> 127 Wn. App. 139, 140 (2005)), and (b) defendant resides in the state but has concealed herself in order to avoid service of process (RCW 4.28.100(4)).

Plaintiff has made multiple unsuccessful attempts to personally serve defendant Pamila Khounmany. There is evidence that the named defendant resides at, or is associated with, the address identified by the ISP and used by the process server. In addition, residents of the apartment have declined to respond to the door, the named defendant has declined to contact the process server to arrange service, and it appears that she is actively avoiding service. All of the prerequisites for allowing service by mail are

ORDER PERMITTING SERVICE BY MAIL - 1

therefore satisfied, and there is reason to believe that service by mail will effectively notify defendant of the claims against him.

Plaintiff's motion is GRANTED. Plaintiff may, therefore, accomplish service by depositing copies of the summons, complaint, and this Order in the United States Post Office directed to defendant Khounmany at her address.

Dated this 7th day of July, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER PERMITTING SERVICE BY MAIL - 2